JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. COOLE,<br>Plaintiff,<br>v.<br>GENERAL MOTORS LLC, *et al.*,<br>Defendants. | Case No. 5:26-cv-04044-FLA (DTBx)<br>**ORDER APPROVING STIPULATION TO REMAND CASE TO STATE COURT [DKT. 14]** |

On August 17, 2026, the parties filed a Stipulation to Remand Case to State Court ("Stipulation"). Dkt. 14. The parties met and conferred and agreed to remand this matter to state court. *Id.* at 2.

Having considered the Stipulation and finding good cause therefor, the court hereby REMANDS this action to the Superior Court of California, County of San Bernardino, Case Number CIVVS2602671 for further proceedings.

IT IS SO ORDERED.

Dated: August 19, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge